******************************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion. In no event will any such motions be accepted before the "officially released" date.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the electronic version of an opinion and the print version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest print version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears on the Commission on Official Legal Publications Electronic Bulletin Board Service and in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

DEUTSCHE BANK NATIONAL TRUST COMPANY,
TRUSTEE *v.* MANUEL J. PEREZ ET AL.
(SC 19289)

Rogers, C. J., and Palmer, Zarella, Eveleigh, McDonald, Espinosa and
Vertefeuille, Js.

Argued January 8—officially released February 17, 2015

*Gerald L. Garlick,* with whom, on the brief, was *James M. Sconzo, John C. Pitblado* and *John W. Herrington,* for the appellant (plaintiff).

*Christopher G. Brown,* for the appellees (named defendant et al.).

*Opinion*

PER CURIAM. In this certified appeal, the plaintiff, Deutsche Bank National Trust Company, as trustee for HarborView Mortgage Loan Trust, appeals from the judgment of the Appellate Court reversing the judgment of the trial court and remanding the case to that court with direction to render judgment in favor of the defendants, Manuel J. Perez, and his wife, Janet W. Shaw, on the reformation count, and in favor of Shaw on the foreclosure count. *Deutsche Bank National Trust Co.* v. *Perez*, 146 Conn. App. 833, 844, 80 A.3d 910 (2013). We granted the plaintiff's certification to appeal limited to the following issue: "Did the Appellate Court properly determine that the trial court lacked the authority to reform the mortgage deed in this case?" *Deutsche Bank National Trust Co.* v. *Perez*, 311 Conn. 924, 86 A.3d 1058 (2014). On appeal, the plaintiff contends that the Appellate Court incorrectly concluded that the trial court improperly reformed the mortgage on the basis of the record before it. The Appellate Court held that the trial court lacked clear, substantial and convincing evidence to support the trial court's reformation of the mortgage by adding another party to the mortgage. *Deutsche Bank National Trust Co.* v. *Perez*, supra, 146 Conn. App. 843.

After examining the entire record on appeal and considering the briefs and oral arguments of the parties, we have determined that the appeal in this case should be dismissed on the ground that certification was improvidently granted.

The appeal is dismissed.

---